354

761 A.2d 544

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Clyde Ronald LOUGHARD, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 11, 2000.

Decided Nov. 27, 2000.

Lawrence J. Casella, Pittsburgh, for C. Loughard.

John G. Knorr, Gerald J. Pappert, Harrisburg, for Com. of Pennsylvania.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and SAYLOR, JJ.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of November, 2000, the order of the Superior Court is **AFFIRMED.** *Erie v. Pap's A.M. t/d/b/a/ Kandyland,* 529 U.S. 277, 120 S.Ct. 1382, 146 L.Ed.2d 265 (2000).

Justice NEWMAN did not participate in the consideration or decision of this case.